JS 44  (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
TRENCHTECH, INC.
1979 Old Bristol Pike
Morrisville, PA 19067

**(b)** County of Residence of First Listed Plaintiff   **Bucks County, PA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael B. Dubin, Esquire, Semanoff Ormsby Greenberg & Torchia LLC
2617 Huntingdon Pike, Huntingdon Valley, PA 19006
(215) 887-0200

## DEFENDANTS
EFFICIENCY PRODUCTION, INC.
685 Hull Road
Mason, MI 48854

County of Residence of First Listed Defendant   **Ingham County, MI**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Breach of exclusive distributorship agreement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** in excess of $150,000
CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  11/30/15
SIGNATURE OF ATTORNEY OF RECORD  *Michael B. D.*

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRENCHTECH, INC.,
1979 Old Bristol Pike
Morrisville, PA 19067

                     Case No.

        Plaintiff,

vs.

EFFICIENCY PRODUCTION, INC.
685 Hull Road
Mason, MI 48854

        Defendant.

## COMPLAINT

Plaintiff, Trenchtech, Inc., by its attorneys, Semanoff Ormsby Greenberg & Torchia, LLC, hereby files this Complaint against Defendant, Efficiency Production, Inc., and in support thereof avers as follows:

## PARTIES

1.      Plaintiff, Trenchtech, Inc. (**"Trenchtech"**) is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania with its principal place of business located at the address set forth in the above caption.

2.      Defendant, Efficiency Production, Inc. (**"EPI"**) is a corporation organized and existing under the laws of the State of Michigan with its principal place of business located at the address set forth in the above caption.

## JURISDICTION AND VENUE

3.      Jurisdiction in this Court is appropriate based on diversity of citizenship and pursuant to 28 U.S.C. § 1332(a)(1), as the civil action is between citizens of different states and

the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000).

4. Venue is proper in this Court because EPI has conducted substantial business in this District and a substantial part of the events giving rise to the claims occurred in this District.

## FACTS

5. Trenchtech is in the business of providing shoring solutions to the underground construction industry including excavators, utility contractors and general contractors.

6. EPI is a manufacturer and distributor of shoring products, including but not limited to, modular trench shielding systems.

7. Beginning in or around early 1998, Trenchtech began purchasing shoring products manufactured and distributed by EPI.

8. In or around late 2000/early 2001, Trenchtech became an exclusive distributor of EPI's shoring products. Specifically, EPI offered to Trenchtech that if it agreed to purchase equipment only from EPI in the areas where Trenchtech had established operations, EPI would not sell shoring products to any other distributor or shoring company in the areas where Trenchtech had established operations nor would EPI rent or sell product directly to any contractors in those same areas. Trenchtech agreed to this arrangement thereby establishing an oral exclusive distributorship agreement with EPI (the **"Agreement"**).

9. Trenchtech has purchased approximately $20 million in product from EPI since 1998.

10. In March 2010, three long-time employees of Trenchtech resigned and started a competing company called ShorQuip Supply, Inc. (**"ShorQuip"**).

11. ShorQuip is a corporation that is organized and existing under the laws of the Commonwealth of Pennsylvania with its registered address in Lafayette Hill, PA.

12. ShorQuip is a direct competitor of Trenchtech and since its inception, has been operating in the same territory as Trenchtech, specifically in Philadelphia and surrounding area.

13. At some time after ShorQuip begin operating its business, Trenchtech discovered that EPI was supplying ShorQuip with EPI shoring products, in material breach of the Agreement.

14. Trenchtech vehemently objected to EPI supplying ShorQuip with EPI shoring products and in response, Trenchtech was informed by Mike West, VP of EPI, that the Ken Forsberg, EPI's President's response was "they are going to buy it from somewhere, why not from me?"

15. Mike West then assured Trenchtech that EPI would only provide equipment to ShorQuip that was manufactured by Safe-T-Shore, a different company owned by EPI that was located in Arizona. However, Trenchtech later learned that EPI reneged on this promise and not only did EPI supply ShorQuip was EPI's shoring equipment but EPI also advertised ShorQuip as an EPI distributor in Trenchtech's market. In addition, ShorQuip advertised itself as an authorized EPI distributor.

16. In fact, on EPI's website, the two distributors identified in the Philadelphia area are Trenchtech and ShorQuip.

17. In addition to selling shoring products to ShorQuip in Trenchtech's market in material breach of the Agreement, EPI also breached the Agreement by re-renting equipment to other distributors in areas where Trenchtech had established locations and/or supplying contractors with EPI's Slide-Rail systems.

## COUNT I
## BREACH OF CONTRACT

18. Trenchtech incorporates each preceding paragraph as if set forth at length herein.

19. EPI materially breached the terms of the Agreement as described above.

20. As a direct result of EPI's material breaches of the Agreement, Trenchtech has suffered significant financial harm in the nature of lost business and revenue. Specifically, Trenchtech has lost approximately $5 million in revenue as a result of EPI supplying its products to ShorQuip who poached several customers from Trenchtech as a result of ShorQuip's ability to offer EPI's equipment to these customers.

21. EPI's conduct in continuing to sell it product to ShorQuip constitutes an ongoing material breach of the Agreement which continues to result in Trenchtech suffering significant damages.

22. WHEREFORE, Trenchtech, Inc. demands that this Court enter judgment in its favor and against Efficiency Production, Inc. in an amount in excess of $150,000, plus costs and such other relief as this Court deems just and proper.

SEMANOFF ORMSBY
GREENBERG & TORCHIA, LLC

BY: *Michael B. Dubin* (signature)

MICHAEL B. DUBIN, ESQUIRE
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
Attorneys for Plaintiff